# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| John Doe I, John Doe II, John Doe III, Jane Doe I, John Doe IV, John Doe V, John Doe VI, John Doe VII, John Doe VIII, John Doe IX, John Doe X, John Doe XI, Jane Doe II, and John Doe XII,<br><br>        Plaintiffs,<br>v.<br><br>Mulcahy, Inc., and Gary T. Mulcahy, Sr. in his official and personal capacities,<br><br>        Defendants. | Court File No.: 08-306 (DWF/SRN)<br><br>**UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT, ENTRY OF FINAL JUDGMENT, AND APPROVAL OF FEES AND COSTS**<br><br>**ORAL ARGUMENT REQUESTED** |

---

Pursuant to Fed. R. Civ. P. 23, L. R. 7.1, the related Rules and precedent, and the record herein, Plaintiffs Class Representatives respectfully request an Order providing as follows:

1. Granting Final Approval of the Settlement;

2. Entering Final Judgment; and

3. Granting Approval of Fees and Costs.

Dated:  May 11, 2010                          **MILLER O'BRIEN CUMMINS, PLLP**


                    s/ Justin D. Cummins
                    M. William O'Brien (# 130229)
                    Justin D. Cummins (# 276248)
                    Brendan D. Cummins (# 276236)
                    Francis P. Rojas (# 388884)
                    One Financial Plaza
                    120 South Sixth Street, Suite 2400
                    Minneapolis, MN  55402
                    612-333-5831
                    bobrien@m-o-c-law.com
                    jcummins@m-o-c-law.com
                    bcummins@m-o-c-law.com
                    frojas@m-o-c-law.com

                    **ATTORNEYS FOR PLAINTIFF CLASS**